**HENRY, LOGOLUSO & BLUM**
2444 Main Street, Suite 135
Fresno, California 93721
Telephone: (559) 497-0700
Fax:  (559) 497-1700
hlb@attitude.com

TIMOTHY V. LOGOLUSO # 131158
MARK A. BLUM # 160477

Attorney for Defendant: CITY OF KERMAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LOUIS LOPEZ and KAREN LOPEZ, both Individually and DBA DREAMS RECYCLING<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF KERMAN and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case Number 09-CV-00491-LJO-SMS<br><br>**STIPULATION AND ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 20, 2010**<br><br>Date: April 20, 2010<br>Time:  10:00 a.m.<br>Courtroom: 7 |

**WHEREAS** there is currently a Settlement Conference scheduled for April 20, 2010. Counsel for both parties has met and conferred and both believe and agree that a Settlement Conference would not be beneficial at this time.

**IT IS HEREBY STIPULATED AND AGREED** that the Settlement Conference currently scheduled for April 20, 2010 be vacated.  To the extent that the case is still viable after Dispositive Motions, a Settlement Conference would be scheduled 45 days after the ruling.

/ / /

/ / /

/ / /

/ / /

Dated: April __1__, 2010           THE REICH LAW FIRM


                                    By: _____/s/_____
                                       Jeff Reich
                                        Attorney for Plaintiffs
                                        Louis Lopez and Karen Lopez


Dated: April __1__, 2010           HENRY, LOGOLUSO & BLUM


                                    By: _____/s/_____
                                       Timothy V. Logoluso
                                        Attorney for Defendants
                                        The City of Kerman


**ORDER**

Upon the Stipulation of the parties,

**IT IS ORDERED** that the Settlement Conference currently scheduled for April 20, 2010 be vacated.




IT IS SO ORDERED.

   Dated:   **April 8, 2010**              /s/ Dennis L. Beck
         UNITED STATES MAGISTRATE JUDGE

HENRY,
LOGOLUSO
& BLUM
2444 Main Street
Suite #135
Fresno, CA 93721
(559) 497-0700

2
**STIPULATION AND ORDER VACATING SETTLEMENT CONFERENCE SCHEDULED FOR APRIL 20, 2010**